**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jesus Emilio ONTIVEROS–LOPEZ,
Defendant—Appellant.**

**No. 03–10676.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2004.*

Decided June 21, 2004.

Jerry R. Albert, Esq., USTU–Office of
the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jose H. Robles, Esq., Law Office of Jose
H. Robles, Tucson, AZ, for Defendant–
Appellant.

Before: LEAVY, THOMAS, and
FISHER, Circuit Judges.

**MEMORANDUM** **

Jesus Ontiveros–Lopez appeals his 24–
month sentence imposed following his
guilty plea to conspiracy and possession of
marijuana with intent to distribute. He
contends that in denying him a downward
adjustment under U.S.S.G. § 3B1.2, the
district court erred by failing to evaluate
his role relative to all participants in the
criminal scheme, and not merely relative
to his codefendant Jose Ramirez. We
have jurisdiction under 28 U.S.C. § 1291.
We see no clear error in the district
court's finding that, given conflicting statements by Ontiveros–Lopez and Ramirez,
Ontiveros–Lopez failed to meet his burden
of proving, by a preponderance of the evidence, that he was a minor or minimal
participant. *See United States v. Barajas,*
360 F.3d 1037, 1042 (9th Cir.2004). Accordingly, we affirm the district court's
judgment.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.